# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |  |
|---|---|---|
| AZELE NIKUZE | § § § § | |
| V. | § § § | CIVIL ACTION NO. 4:23CV1082 JUDGE MAZZANT/JUDGE JOHNSON |
| TEXAS HEALTH RESOURCES | § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 14, 2024, the Magistrate Judge entered a Report and Recommendation (the "Report") (Dkt. #10) that Plaintiff Azele Nikuze ("Plaintiff") and Defendant Texas Health Resources' ("Defendant") Joint Motion to Compel Arbitration and Brief in Support (the "Motion to Compel") (Dkt. #3) be granted in part and denied in part. Specifically, the Report (Dkt. #10) recommended that the parties be referred to binding arbitration, as agreed to by the parties, and that this suit be stayed pending resolution of arbitration.

Having received the Report (Dkt. #10) of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Motion to Compel (Dkt. #3) is **GRANTED IN PART** and **DENIED IN PART**. The parties are referred to binding arbitration, as agreed to by the parties, and this suit is stayed pending the resolution of arbitration.

**IT IS FURTHER ORDERED** that the parties submit a joint status report to the Court within fourteen (14) days of the arbitration's conclusion.

**SIGNED this 7th day of August, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE